## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | | |
|---|---|---|
| **LARRY G. PHILPOT,** | § | |
| | § | |
| **Plaintiff** | § | |
| | § | |
| **V.** | § | **Civil Action No. 4:20-cv-1194** |
| | § | |
| **BBE MARKETING, INC.,** | § | |
| | § | |
| **Defendant.** | § | |

---

### PLAINTIFF'S ORIGINAL COMPLAINT AND JURY DEMAND

---

Plaintiff Larry G. Philpot ("Philpot" or "Plaintiff") files this Original Complaint and Jury Demand against Defendant BBE Marketing, Inc. ("BBE Marketing" or "Defendant") on personal knowledge as to all facts regarding himself and on information and belief as to all other matters, as follows:

### I.

### PRELIMINARY STATEMENT

Plaintiff Larry Philpot has worked as a photographer for decades.  His passion is concert photography.  Philpot has spent tens of thousands of dollars on equipment, travel, and lodging to pursue his passion and hone his natural talent.  For concert photographers, the odds are almost always against them—the musicians are constantly moving, the lighting is usually dark and typically changing, and it is practically impossible to secure a good vantage point.  But every now and then, an expertly skilled photographer captures a perfect shot, the kind of iconic shot that makes the viewer forever a part of that very moment in time.

BBE Marketing used Philpot's extraordinary photograph of Willie Nelson for its own commercial benefit without obtaining Philpot's permission, providing Philpot credit for his work, paying a license fee, or obtaining a license of any kind.  Simply put, BBE Marketing used Philpot's copyrighted work and Philpot should have been paid for it.  Larry Philpot brings this lawsuit to enjoin BBE Marketing's infringement of his work and to recover his damages.

## II.

## PARTIES

### A.  Plaintiff

1.      Plaintiff Larry G. Philpot is a citizen and resident of the State of Indiana.  Philpot is a renowned freelance professional photographer who specializes in photographing concerts and musical performances across the United States.

### B.  Defendant

2.      Defendant BBE Marketing, Inc. is a Texas corporation with its principal place of business in Texas and resides in Tarrant County, Texas.  BBE Marketing may be served via its registered agent, United States Corporation Agents, Inc., at 9900 Spectrum Drive, Austin, Texas 78717.

## III.

## JURISDICTION AND VENUE

3.      This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1331 because this civil action presents a federal question as Plaintiff presents a civil claim arising under the Constitution, laws, or treaties of the United States.

4.      This Court also has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1338(a) because this civil action arises under an Act of Congress relating to copyrights, namely the Copyright Act of the United States, 17 U.S.C. § 101, et seq.

5.      This Court has personal jurisdiction over Defendant BBE Marketing, Inc. because it is a Texas corporation and its principal place of business is in Texas and is therefore "at home" in the State of Texas.

6.      Venue is proper in this District pursuant to 28 U.S.C. §§ 1391(b) and 1400(a) because Defendant BBE Marketing, Inc. or its agent resides, or may be found, in this District.

### IV.

### FACTUAL BACKGROUND

**A.  The Highly Competitive World of Freelance Concert Photography**

7.      To say that concert photography is a tough business is a severe understatement.  It requires artistic skills, business skills, and interpersonal skills.  Before having the opportunity to even take a photo, concert photographers must invest in expensive equipment and negotiate to obtain access to the concert stage.  At the concert, they must battle all the variables that arise from an uncontrolled setting—a rowdy crowd, horrible lighting that is always changing, and musicians constantly moving.  Not to mention, it is really loud.  As a result, despite all of their efforts and hard work, concert photographers often take photographs that are entirely unusable, where the rock stars appear as blurs and washy blobs.

8.      And, in today's technological age where anyone with a smart phone can take pictures at concerts, concert photography is becoming significantly more competitive, making it even more imperative to capture the perfect shot.  Because that is all that there is demand for—a few once-in-a-lifetime shots for each star.  It doesn't matter if a concert photographer takes 100 good shots of a star at a concert—an article about Willie Nelson, for example, only needs one picture of Willie Nelson—the best one.

9.      In such a cutthroat environment, it is essential that concert photographers receive the compensation and credit to which they are entitled, but also need to advance their business.

10.     Each and every instance where a photographer does not receive proper attribution, or his work is misattributed, decreases the value of that photograph and the overall value of the photographer's portfolio.

**B.  Larry Philpot: A Professional Concert Photographer**

11.     Larry Philpot is a renowned freelance photographer who specializes in taking photographs of musicians at concerts, events, and with fans.  Philpot has distinguished himself from amateur photographers by creating a highly coveted portfolio that demands legal protection to preserve its standard.

12.     He has spent years perfecting his craft, and his photography business includes licensing his works and photography engagements.

13.     Philpot is known for the unparalleled quality of his work.  He employs photography techniques that involve precise angles, timing, assessment of light, and other creative approaches that he has worked tirelessly to develop.  At a concert, Philpot has the uncanny ability of connecting with the artist from the crowd.  In addition, to ensure the highest quality photographs, Philpot uses state of the art equipment.  He has invested tens of thousands of dollars in equipment.

14.     He has established a strong reputation for himself and his work, and due to his professional reputation, he often obtains privileged access to take photographs of musical performers at concerts.  Indeed, there are over one hundred instances where Philpot has received exclusive press credentials.

15.     There is an extensive market and a demand for Philpot's photos that includes, but is not limited to, the musicians themselves, the musicians' fans, record labels, talent agencies, editorial organizations, media entities, radio stations, website operators, and concert and event planners.  Philpot has been very successful in this market.

16.     Philpot understands that part of being a professional photographer is to market your works to gain widespread exposure, and that the high use of his photographs has required licensing agreements and copyright protections.

17.     Philpot has entered into license agreements with Tom Petty and the Heartbreakers for his photographs.

18.     Philpot has also licensed his work to various musicians in exchange for attribution including, but not limited to, the musicians Kid Rock and Paul Stanley of KISS.

19.     Further, Philpot has previously licensed several of his photographs through a stock photography agency called "Corbis" and its affiliate "Splash."   Philpot received monetary compensation through Corbis and Splash for licenses for photographs he took of Prince, Madonna, Fleetwood Mac, and the 2015 Indianapolis 500 Race and Winner.

20.     Philpot has also been engaged as a photographer by Hoosier Park LLC d/b/a Hoosier Park Racing & Casino to photograph "meet and greets" between celebrities and fans.

21.     Philpot's portfolio and reputation as a premier photographer are critical to his business.  The more his photographs are viewed with proper attribution, the more access he can obtain to take celebrity photographs, and the more he can command in licensing fees.

**C.  Philpot Creates the Willie Nelson Photograph**

22.     On October 4, 2009, Philpot utilized his creative skill and several photography techniques including precise angles, timing, assessment of light, and other creative approaches to create a photograph of Willie Nelson in St. Louis, Missouri (the "Willie Nelson Photo").  A true and correct copy of the Willie Nelson Photo is attached as Exhibit A.

23.     The Willie Nelson Photo is an original work that Philpot registered with the United States Copyright Office as part of a collection of photographs titled "2009 Musician Photos" on September 5, 2012.  The Willie Nelson Photo is registered with the United States Copyright Office

under Certificate Number VAu 1-132-411.  A copy of the copyright registration certificate for the "2009 Musician Photos" collection is attached as Exhibit B.

24.     As the owner of the copyright in the Willie Nelson Photo, Philpot has the exclusive rights to (1) reproduce the Willie Nelson Photo in copies, (2) prepare derivative works based on the Willie Nelson Photo, (3) distribute copies of the Willie Nelson Photo to the public by sale or other transfer of ownership, or by rental, lease, or lending, and (4) display the Willie Nelson Photo publicly.

25.     Philpot first displayed the Willie Nelson Photo on May 31, 2011 on the Wikimedia website.        The      original      photo      can      be      found      at https://commons.wikimedia.org/wiki/File:Willie_Nelson_at_Farm_Aid_2009.jpg.  A copy of this webpage as it existed on September 26, 2018 with the Willie Nelson Photo is attached as Exhibit C.

**D.  Philpot Licenses His Copyrighted Photographs**

26.     Philpot offers licenses for his copyrighted photographs, including the Willie Nelson Photo in two ways.

27.     First, parties may obtain a license for one of these photographs by paying a monetary fee at Philpot's website, soundstagephotography.com.

28.     Second, parties may satisfy the requirements of a Creative Commons license without paying a monetary fee.

29.     A Creative Commons license is a simple, standardized copyright license that anyone can use to license their work.  The copyright holder designates their work as governed by a Creative Commons license, and anyone may use the work provided they adhere to the terms of the license.

30.     In an effort to market his freelance photography practice, Philpot offered the Willie Nelson Photo through Wikimedia for distribution, public display, and public digital performance under a Creative Commons Attribution 2.0 Generic license (abbreviated as "CC BY 2.0").  A copy of the CC BY 2.0 license is attached as Exhibit D.

31.     This license allows anyone to use the work, provided that they, among other requirements:

     a.   Include a copy of the Uniform Resource Identifier for the CC BY 2.0;

     b.   Provide attribution to the author of the work; and

     c.   Provide the Uniform Resource Identifier that the licensor specifies to be included with the work.

32.     The CC BY 2.0 license is expressly made subject to the above requirements.  One does not obtain a license under the CC BY 2.0 license unless they adhere to all of its terms, including but not limited to the terms identified above.

33.     The CC BY 2.0 license also provides that "the rights granted hereunder will terminate automatically upon any breach by You of the terms of this License."

34.     Insofar as the Creative Commons license requires the licensee to provide attribution and the website of the author of the work, the Creative Commons license provides economic value to the licensor just like advertising.

35.     Philpot would not have agreed to license the Willie Nelson Photo without payment of the proper monetary license fee or the satisfaction of the Creative Commons license requirements.

**E.  Specific Restrictions on the Creative Commons License**

36.     Larry Philpot provided the following description on the Wikimedia website for the Willie Nelson Photo, "English: Willie Nelson getting ready to perform. Farm Aid 2009. Photo by

Larry Philpot, www.soundstagephotography.com." Philpot also provided the following attribution requirement: "You must attribute the work in the manner specified by the author or licensor (but not in any way that suggests that they endorse you or your use of the work)." Accordingly, in order to obtain a license under the CC BY 2.0 license for the Willie Nelson Photo, one must satisfy these attribution requirements.

**F.  BBE Marketing Infringes Philpot's Copyright in the Willie Nelson Photo.**

37.     Years after Philpot registered the copyright in the Willie Nelson Photo on September 5, 2012, BBE Marketing infringed Philpot's copyright in the Willie Nelson Photo by publishing, copying, distributing, and publicly displaying the Willie Nelson Photo on the bookingagentinfo.com     website     at     https://bookingagentinfo.com/celebrity/willie-nelson/, https://bookingagentinfo.com/celebrities/W/,              https://c8d8q6i8.stackpathcdn.com/wp-content/uploads/2014/07/Willie-Nelson-contact-information.jpg,                             and https://bookingagentinfo.com/wp-content/uploads/2014/07/Willie-Nelson-contact-information.jpg.  A copy of these webpages as they appeared with the Willie Nelson Photo is attached as Exhibit E.

38.     BBE Marketing did not provide attribution to Philpot when it published the Willie Nelson Photo.

39.     BBE     Marketing     did     not     list     or     link     to     Philpot's     website, soundstagephotography.com when it published the Willie Nelson Photo.

40.     BBE Marketing did not obtain a license under the CC BY 2.0 license or otherwise to publish, copy, reproduce, distribute, or publicly display the Willie Nelson Photo.

41.     And while BBE Marketing did not obtain a license under the CC BY 2.0 license because it did not comply with its terms in the first instance, should a court consider that BBE

Marketing did obtain such a license, that license automatically terminated upon BBE Marketing's publication, copying, reproduction, distribution, and/or public display of the Willie Nelson Photo.

42.     BBE Marketing's unlicensed use of Philpot's Willie Nelson Photo was for a commercial, non-educational use to generate business for BBE Marketing.  BBE Marketing's purpose is clear—to profit from Philpot's Willie Nelson Photo without paying the customary price for a license.

43.     BBE Marketing's use of the Willie Nelson Photo was not transformative in that BBE Marketing did not criticize or comment on the Willie Nelson Photo.  Further, BBE Marketing did not use the Willie Nelson Photo for a technological function.  Indeed, BBE Marketing used the Willie Nelson Photo simply for its content—to depict Willie Nelson.

44.     Not only does BBE Marketing's unlicensed use of the Willie Nelson Photo harm the market and value of the Willie Nelson Photo, but widespread and unrestricted unlicensed use of the Willie Nelson Photo would result in a substantially adverse impact on the potential market for the Willie Nelson Photo.

45.     Despite his diligent efforts, Philpot discovered these infringements of his Willie Nelson Photo on October 31, 2017.

**G.  The Damage Done**

46.     Defendant BBE Marketing received direct financial benefit from its willful, unlicensed use of Philpot's Willie Nelson Photo.

47.     Defendant BBE Marketing's unlawful conduct caused Plaintiff damages in the form of lost license fees, sales, and profits.

# V.

## CLAIMS

### A.  Count One: Copyright Infringement

48.    Plaintiff realleges and incorporates the allegations set forth in the preceding paragraphs as if set forth in full herein.

49.    Defendant BBE Marketing operated and operates the bookingagentinfo.com website.

50.    Defendant BBE Marketing published, copied, distributed, and publicly displayed the Willie Nelson Photo at https://bookingagentinfo.com/celebrity/willie-nelson/, https://bookingagentinfo.com/celebrities/W/, https://c8d8q6i8.stackpathcdn.com/wp-content/uploads/2014/07/Willie-Nelson-contact-information.jpg, and https://bookingagentinfo.com/wp-content/uploads/2014/07/Willie-Nelson-contact-information.jpg.

51.    Defendant's acts are and were performed without the permission, license, or consent of Plaintiff.

52.    Defendant acted with willful disregard of the laws protecting Plaintiff's copyrights.

53.    Defendant infringed Plaintiff's copyright in the Willie Nelson Photo in violation of 17 U.S.C. § 501.

54.    Plaintiff has sustained and will continue to sustain substantial damage in an amount not yet fully ascertainable, including but not limited to damage to his business reputation and goodwill.

55.    Plaintiff is informed and believes and thereon alleges that the Defendant has obtained profits recoverable under 17 U.S.C. § 504.  Plaintiff will require an accounting from the Defendant of all monies generated from the Willie Nelson Photo.

56.     In the alternative and at his election, Plaintiff is entitled to seek maximum statutory damages for each work willfully infringed by Defendant in an amount of $150,000 per work infringed.  In the event that the trier of fact does not find that Defendant willfully infringed Plaintiff's copyrights, Plaintiff is entitled to seek maximum statutory damages for each work infringed by Defendant in an amount of $30,000 per work infringed.

57.     Plaintiff has suffered and continues to suffer irreparable harm and damage as a result of the above-described acts.  Accordingly, Plaintiff seeks permanent injunctive relief pursuant to 17 U.S.C. § 502 to prohibit further infringement of his copyrighted works.

58.     Pursuant to 17 U.S.C. §§ 502 and 503, Plaintiff is entitled to seizure of the Willie Nelson Photo and any and all articles by means of which copies of the Willie Nelson Photo have been or may be reproduced, including but not limited to the websites and domain names on which these Photos appear.

59.     Plaintiff is entitled to recover from the Defendant his attorney's fees and costs of suit, pursuant to 17 U.S.C. § 505.

## VI.

## <u>JURY DEMAND</u>

Plaintiff hereby demands a trial by jury on all issues so triable.

## VII.

## <u>RELIEF REQUESTED</u>

WHEREFORE, Plaintiff demands that judgment be entered against Defendant as follows:

1. Pursuant to 17 U.S.C. § 502, that Defendant, its agents, servants, employees, representatives, successors and assigns, and all persons, firms, corporations, or other entities in active concert or participation with Defendant, be permanently enjoined from directly or indirectly infringing the Plaintiff's copyrights in any manner, including generally, but not limited to

reproducing, distributing, displaying, performing or making derivatives of any of the Willie Nelson Photo;

2.   Pursuant to 17 U.S.C. §§ 502 and 503, that this Court order the transfer the domain names and websites for the following websites from Defendant to Plaintiff:

      a.   The bookingagentinfo.com website;

3.   Pursuant to 17 U.S.C. § 504, that Defendant be required to pay actual damages and disgorgement of all profits derived by Defendant from its acts of copyright infringement;

4.   That Defendant be required to perform a complete and full accounting of all profits generated by Defendant from the Willie Nelson Photo;

5.   Pursuant to 17 U.S.C. § 504, that upon Plaintiff's election, Defendant be required to pay statutory damages up to $150,000 for each work infringed for its acts of copyright infringement, and in the event the factfinder determines that Defendant's infringement was not willful, that Defendant be required to pay statutory damages up to $30,000 for each work infringed for its acts of copyright infringement;

6.   Pursuant to 17 U.S.C. § 505, Defendant be required to pay Plaintiff the costs of this action, prejudgment interest, and reasonable attorney's fees; and

7.   Plaintiff be granted all other and further relief to which he is entitled.

Dated: October 30, 2020

Respectfully submitted,

**HUTCHERSON LAW, PLLC**

/s/ Kenton J. Hutcherson
Kenton J. Hutcherson, Esq.
Texas State Bar No. 24105589
Hutcherson Law, PLLC
3400 Oak Grove Avenue, Suite 350
Dallas, Texas 75204
Tel: (214) 443-4200
Fax: (214) 443-4210
Email: kjh@hutchersonlaw.com

**ATTORNEY FOR PLAINTIFF**

# EXHIBIT A



# EXHIBIT B

Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**VAu 1-132-411**

**Effective date of registration:**

September 5, 2012

## Title

**Title of Work:** 2009 Musician Photos

**Contents Titles:** 2009 Musician Photos

## Completion/Publication

**Year of Completion:** 2009

**Nation of 1st Publication:** United States

## Author

**Author:** Larry Gene Philpot

**Author Created:** photograph(s)

**Work made for hire:** No

**Citizen of:** United States **Domiciled in:** United States

**Year Born:** 1953

## Copyright claimant

**Copyright Claimant:** Larry Gene Philpot

12527 Winding Creek Lane, Indianapolis, IN, 46236

## Rights and Permissions

**Name:** Larry Philpot

**Email:** larrygphilpot@gmail.com **Telephone:** 317-567-1338

**Address:** 12527 Winding Creek Lane

Indianapolis, IN 46236 United States

## Certification

**Name:** Larry G. Philpot

**Date:** September 5, 2012



# EXHIBIT C

Case 4:20-cv-01194-Y   Document 1   Filed 10/30/20   Page 20 of 32   PageID 20

⬡ COMMONS

# File:Willie Nelson at Farm Aid 2009.jpg

From Wikimedia Commons, the free media repository




**Download**
all sizes


**Use this file**
on the web

**Use this file**
on a wiki


**Email a link**
to this file

**Information**
about reusing



Size of this preview: 400 × 600 pixels.
Original file (896 × 1,344 pixels, file size: 899 KB, MIME type: image/jpeg)

Open in Media Viewer

| Description | **English:** Willie Nelson getting ready to perform. Farm Aid 2009. Photo by Larry Philpot, www.soundstagephotography.com (http://www.soundstagephotography.com) |
|---|---|
| Date | 2 November 2009, 11:48 |

Case 4:20-cv-01194-Y   Document 1   Filed 10/30/20   Page 21 of 32   PageID 21

| Source | Willie Nelson (https://www.flickr.com/photos/behindthemusic/5784437596/) |
|---|---|
| | ■ Uploaded by Adrignola |
| Author | Larry Philpot (https://www.flickr.com/people/43996297@N05) from Indianapolis |
| Other versions | Derivative works of this file: Willie Nelson at Farm Aid 2009 - Cropped.jpg |

## Licensing

This file is licensed under the Creative Commons Attribution 2.0
Generic (https://creativecommons.org/licenses/by/2.0/deed.en)
license.



You are free:

- **to share** – to copy, distribute and transmit the work
- **to remix** – to adapt the work

Under the following conditions:

- **attribution** – You must attribute the work in the manner
  specified by the author or licensor (but not in any way that
  suggests that they endorse you or your use of the work).



This image, originally posted to **Flickr**, was reviewed on May 31, 2011 by the
administrator or reviewer **File Upload Bot (Magnus Manske)**, who confirmed that it was
available on Flickr under the stated license on that date.

## File history

Click on a date/time to view the file as it appeared at that time.

| | Date/Time | Thumbnail | Dimensions | User | Comment |
|---|---|---|---|---|---|
| current | **02:21, 1 June 2011** | | 896 × 1,344 (899 KB) | Adrignola (talk | contribs) | Updated version |

- You cannot overwrite this file.

## File usage on Commons

The following page uses this file:

- File:Willie Nelson at Farm Aid 2009 - Cropped.jpg

# File usage on other wikis

The following other wikis use this file:

- Usage on cs.wikipedia.org
  - Portál:Hudba/Obrázek/2012/09
  - Portál:Hudba/Obrázek/Archiv/2012
- Usage on en.wikipedia.org
  - List of Country Music Hall of Fame inductees
  - Forever Country
- Usage on ru.wikipedia.org
  - Нельсон, Вилли
  - Forever Country

# Metadata

This file contains additional information such as Exif metadata which may have been added by the digital camera, scanner, or software program used to create or digitize it. If the file has been modified from its original state, some details such as the timestamp may not fully reflect those of the original file. The timestamp is only as accurate as the clock in the camera, and it may be completely wrong.

| | |
|---|---|
| Camera manufacturer | Canon |
| Camera model | Canon EOS-1Ds Mark III |
| Copyright holder | 2009 Larry Philpot |
| Exposure time | 1/80 sec (0.0125) |
| F-number | f/4 |
| ISO speed rating | 800 |
| Date and time of data generation | 23:34, 4 October 2009 |
| Lens focal length | 200 mm |

Retrieved from "https://commons.wikimedia.org/w/index.php?title=File:Willie_Nelson_at_Farm_Aid_2009.jpg&oldid=276053422"

**This page was last edited on 2 January 2018, at 07:07.**

Text is available under the Creative Commons Attribution-ShareAlike License; additional terms may apply. By using this site, you agree to the Terms of Use and Privacy Policy.

# EXHIBIT D

Creative Commons



**Attribution 2.0**

CREATIVE COMMONS CORPORATION IS NOT A LAW FIRM AND DOES NOT PROVIDE LEGAL
SERVICES. DISTRIBUTION OF THIS LICENSE DOES NOT CREATE AN ATTORNEY-CLIENT
RELATIONSHIP. CREATIVE COMMONS PROVIDES THIS INFORMATION ON AN "AS-IS" BASIS.
CREATIVE COMMONS MAKES NO WARRANTIES REGARDING THE INFORMATION PROVIDED,
AND DISCLAIMS LIABILITY FOR DAMAGES RESULTING FROM ITS USE.

*License*

THE WORK (AS DEFINED BELOW) IS PROVIDED UNDER THE TERMS OF THIS CREATIVE
COMMONS PUBLIC LICENSE ("CCPL" OR "LICENSE"). THE WORK IS PROTECTED BY COPYRIGHT
AND/OR OTHER APPLICABLE LAW. ANY USE OF THE WORK OTHER THAN AS AUTHORIZED
UNDER THIS LICENSE OR COPYRIGHT LAW IS PROHIBITED.

BY EXERCISING ANY RIGHTS TO THE WORK PROVIDED HERE, YOU ACCEPT AND AGREE TO BE
BOUND BY THE TERMS OF THIS LICENSE. THE LICENSOR GRANTS YOU THE RIGHTS CONTAINED
HERE IN CONSIDERATION OF YOUR ACCEPTANCE OF SUCH TERMS AND CONDITIONS.

**1. Definitions**

    a. **"Collective Work"** means a work, such as a periodical issue, anthology or
encyclopedia, in which the Work in its entirety in unmodified form, along with a
number of other contributions, constituting separate and independent works in
themselves, are assembled into a collective whole. A work that constitutes a
Collective Work will not be considered a Derivative Work (as defined below) for the
purposes of this License.

    b. **"Derivative Work"** means a work based upon the Work or upon the Work and
other pre-existing works, such as a translation, musical arrangement,
dramatization, fictionalization, motion picture version, sound recording, art
reproduction, abridgment, condensation, or any other form in which the Work may
be recast, transformed, or adapted, except that a work that constitutes a Collective
Work will not be considered a Derivative Work for the purpose of this License. For
the avoidance of doubt, where the Work is a musical composition or sound
recording, the synchronization of the Work in timed-relation with a moving image
("synching") will be considered a Derivative Work for the purpose of this License.

    c. **"Licensor"** means the individual or entity that offers the Work under the terms of
this License.

    d. **"Original Author"** means the individual or entity who created the Work.

    e. **"Work"** means the copyrightable work of authorship offered under the terms of
this License.

    f. **"You"** means an individual or entity exercising rights under this License who has
not previously violated the terms of this License with respect to the Work, or who
has received express permission from the Licensor to exercise rights under this
License despite a previous violation.

**2. Fair Use Rights.** Nothing in this license is intended to reduce, limit, or restrict any rights

Creative Commons Legal Code
https://creativecommons.org/licenses/by/2.0/legalcode

arising from fair use, first sale or other limitations on the exclusive rights of the copyright owner under copyright law or other applicable laws.

**3. License Grant.** Subject to the terms and conditions of this License, Licensor hereby grants You a worldwide, royalty-free, non-exclusive, perpetual (for the duration of the applicable copyright) license to exercise the rights in the Work as stated below:

    a. to reproduce the Work, to incorporate the Work into one or more Collective Works, and to reproduce the Work as incorporated in the Collective Works;

    b. to create and reproduce Derivative Works;

    c. to distribute copies or phonorecords of, display publicly, perform publicly, and perform publicly by means of a digital audio transmission the Work including as incorporated in Collective Works;

    d. to distribute copies or phonorecords of, display publicly, perform publicly, and perform publicly by means of a digital audio transmission Derivative Works.

    e. For the avoidance of doubt, where the work is a musical composition:

        i. **Performance Royalties Under Blanket Licenses**. Licensor waives the exclusive right to collect, whether individually or via a performance rights society (e.g. ASCAP, BMI, SESAC), royalties for the public performance or public digital performance (e.g. webcast) of the Work.

        ii. **Mechanical Rights and Statutory Royalties**. Licensor waives the exclusive right to collect, whether individually or via a music rights agency or designated agent (e.g. Harry Fox Agency), royalties for any phonorecord You create from the Work ("cover version") and distribute, subject to the compulsory license created by 17 USC Section 115 of the US Copyright Act (or the equivalent in other jurisdictions).

    f. **Webcasting Rights and Statutory Royalties**. For the avoidance of doubt, where the Work is a sound recording, Licensor waives the exclusive right to collect, whether individually or via a performance-rights society (e.g. SoundExchange), royalties for the public digital performance (e.g. webcast) of the Work, subject to the compulsory license created by 17 USC Section 114 of the US Copyright Act (or the equivalent in other jurisdictions).

The above rights may be exercised in all media and formats whether now known or hereafter devised. The above rights include the right to make such modifications as are technically necessary to exercise the rights in other media and formats. All rights not expressly granted by Licensor are hereby reserved.

**4. Restrictions.** The license granted in Section 3 above is expressly made subject to and limited by the following restrictions:

    a. You may distribute, publicly display, publicly perform, or publicly digitally perform the Work only under the terms of this License, and You must include a copy of, or the Uniform Resource Identifier for, this License with every copy or phonorecord of the Work You distribute, publicly display, publicly perform, or publicly digitally perform. You may not offer or impose any terms on the Work that alter or restrict the terms of this License or the recipients' exercise of the rights granted hereunder. You may not sublicense the Work. You must keep intact all notices that refer to this License and to the disclaimer of warranties. You may not distribute, publicly display, publicly perform, or publicly digitally perform the Work with any technological measures that control access or use of the Work in a manner inconsistent with the terms of this License Agreement. The above applies to the Work as incorporated in a Collective Work, but this does not require the Collective Work apart from the Work itself to be made subject to the terms of this License. If You create a Collective Work, upon notice from any Licensor You must, to the extent practicable, remove from the Collective Work any reference to such Licensor

Creative Commons Legal Code

or the Original Author, as requested. If You create a Derivative Work, upon notice from any Licensor You must, to the extent practicable, remove from the Derivative Work any reference to such Licensor or the Original Author, as requested.

b. If you distribute, publicly display, publicly perform, or publicly digitally perform the Work or any Derivative Works or Collective Works, You must keep intact all copyright notices for the Work and give the Original Author credit reasonable to the medium or means You are utilizing by conveying the name (or pseudonym if applicable) of the Original Author if supplied; the title of the Work if supplied; to the extent reasonably practicable, the Uniform Resource Identifier, if any, that Licensor specifies to be associated with the Work, unless such URI does not refer to the copyright notice or licensing information for the Work; and in the case of a Derivative Work, a credit identifying the use of the Work in the Derivative Work (e.g., "French translation of the Work by Original Author," or "Screenplay based on original Work by Original Author"). Such credit may be implemented in any reasonable manner; provided, however, that in the case of a Derivative Work or Collective Work, at a minimum such credit will appear where any other comparable authorship credit appears and in a manner at least as prominent as such other comparable authorship credit.

### 5. Representations, Warranties and Disclaimer

UNLESS OTHERWISE MUTUALLY AGREED TO BY THE PARTIES IN WRITING, LICENSOR OFFERS THE WORK AS-IS AND MAKES NO REPRESENTATIONS OR WARRANTIES OF ANY KIND CONCERNING THE WORK, EXPRESS, IMPLIED, STATUTORY OR OTHERWISE, INCLUDING, WITHOUT LIMITATION, WARRANTIES OF TITLE, MERCHANTIBILITY, FITNESS FOR A PARTICULAR PURPOSE, NONINFRINGEMENT, OR THE ABSENCE OF LATENT OR OTHER DEFECTS, ACCURACY, OR THE PRESENCE OF ABSENCE OF ERRORS, WHETHER OR NOT DISCOVERABLE. SOME JURISDICTIONS DO NOT ALLOW THE EXCLUSION OF IMPLIED WARRANTIES, SO SUCH EXCLUSION MAY NOT APPLY TO YOU.

### 6. Limitation on Liability. EXCEPT TO THE EXTENT REQUIRED BY APPLICABLE LAW, IN NO EVENT WILL LICENSOR BE LIABLE TO YOU ON ANY LEGAL THEORY FOR ANY SPECIAL, INCIDENTAL, CONSEQUENTIAL, PUNITIVE OR EXEMPLARY DAMAGES ARISING OUT OF THIS LICENSE OR THE USE OF THE WORK, EVEN IF LICENSOR HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES.

### 7. Termination

a. This License and the rights granted hereunder will terminate automatically upon any breach by You of the terms of this License. Individuals or entities who have received Derivative Works or Collective Works from You under this License, however, will not have their licenses terminated provided such individuals or entities remain in full compliance with those licenses. Sections 1, 2, 5, 6, 7, and 8 will survive any termination of this License.

b. Subject to the above terms and conditions, the license granted here is perpetual (for the duration of the applicable copyright in the Work). Notwithstanding the above, Licensor reserves the right to release the Work under different license terms or to stop distributing the Work at any time; provided, however that any such election will not serve to withdraw this License (or any other license that has been, or is required to be, granted under the terms of this License), and this License will continue in full force and effect unless terminated as stated above.

### 8. Miscellaneous

a. Each time You distribute or publicly digitally perform the Work or a Collective Work, the Licensor offers to the recipient a license to the Work on the same terms and conditions as the license granted to You under this License.

b. Each time You distribute or publicly digitally perform a Derivative Work, Licensor offers to the recipient a license to the original Work on the same terms and conditions as the license granted to You under this License.

c. If any provision of this License is invalid or unenforceable under applicable law, it

shall not affect the validity or enforceability of the remainder of the terms of this License, and without further action by the parties to this agreement, such provision shall be reformed to the minimum extent necessary to make such provision valid and enforceable.

d. No term or provision of this License shall be deemed waived and no breach consented to unless such waiver or consent shall be in writing and signed by the party to be charged with such waiver or consent.

e. This License constitutes the entire agreement between the parties with respect to the Work licensed here. There are no understandings, agreements or representations with respect to the Work not specified here. Licensor shall not be bound by any additional provisions that may appear in any communication from You. This License may not be modified without the mutual written agreement of the Licensor and You.

Creative Commons is not a party to this License, and makes no warranty whatsoever in connection with the Work. Creative Commons will not be liable to You or any party on any legal theory for any damages whatsoever, including without limitation any general, special, incidental or consequential damages arising in connection to this license. Notwithstanding the foregoing two (2) sentences, if Creative Commons has expressly identified itself as the Licensor hereunder, it shall have all rights and obligations of Licensor.

Except for the limited purpose of indicating to the public that the Work is licensed under the CCPL, neither party will use the trademark "Creative Commons" or any related trademark or logo of Creative Commons without the prior written consent of Creative Commons. Any permitted use will be in compliance with Creative Commons' then-current trademark usage guidelines, as may be published on its website or otherwise made available upon request from time to time.

Creative Commons may be contacted at https://creativecommons.org/.

« Back to Commons Deed

# EXHIBIT E







