UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| LARRY G. PHILPOT,<br>    Plaintiff, | §<br>§<br>§ | |
| VS. | § | CIVIL NO. 4:20-CV-01194-Y |
| | § | |
| BBE MARKETING, INC.,<br>    Defendant. | §<br>§<br>§ | |

## FINAL JUDGMENT

In accordance with the Notice of Voluntary Dismissal with Prejudice (doc. 8) filed on January 4, 2021 and Federal Rule of Civil Procedure 54(b), Plaintiff's claims against Defendant are hereby DISMISSED WITH PREJUDICE to their refiling.  All costs of Court under 28 U.S.C. § 1920 regarding these claims shall be borne as agreed by the parties, or, if no agreement has been reached, by the party incurring them.

SIGNED January 11, 2021.

_/s/ Terry R. Means_
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE

FINAL JUDGMENT – SOLO PAGE